**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| ERIEN L. FRAZIER )<br>)<br>    Plaintiff )<br>vs. )<br>)<br>CREDIT BUREAU ASSOCIATES OF )<br>GEORGIA AND MERCHANTS & )<br>MEDICAL ADJUSTMENT BUEAU, )<br>)<br>    Defendants. )<br>                                                     ) | Civil Action File No. 1:14-cv-00708-ELH |

### ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY

Upon review of Defendant's Motion to Stay Discovery, and any opposition thereto, it is hereby;

**ORDERED**, that Defendant's Motion to Stay Discovery is **GRANTED**; and

**IT IS FURTHER ORDERED THAT** discovery is stayed pending this Court's ruling on Defendant's Motion for Judgment on the Pleadings.

_____
JUDGE