

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

August 8, 2014

Erien Frazier
P.O. Box 25
Hagerstown, MD 21740

    Re:    Case No. 14cv708-ELH

Dear Counsel/Party:

    The Clerk received your Motion to Amend Complaint on August 8, 2014; however, it is deficient in the area(s) checked below and is being returned to you, at the direction of the presiding judge.

**Noncompliance with L.R. 101 or 102**
☐ Member of bar has not signed the document.
☐ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
☐ Certificate of service not affixed to document.
☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
☐ Discovery materials should not be filed unless in support of a motion or by court order.
☐ Discovery motion filed contrary to L.R. 104.7.
☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**
☐ Document does not contain original signature.
☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☒ Other: Proposed Amended Complaint and Red Line Complaint not attached to the Motion for Leave to Amend Complaint

Very truly yours,

Ellen L. Hollander
United States District Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

____FILED    ____ENTERED
____LODGED   ____RECEIVED

AUG 8 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Erien L. Frazier, ) | Case No: 1:14-cv-0708-ELH |
| ) | |
| Plaintiff, ) | **Civil Complaint** |
| ) | |
| vs. ) | |
| ) | |
| Credit Bureau Associates of Georgia and ) | |
| ) | **JURY TRIAL DEMANDED** |
| Merchants ) | |
| ) | |
| & Medical Adjustment Bureau, | |
| | |
| Defendants | |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Erien Frazier requests permission to amend the original complaint, which was filed on March 11th, 2014. The amended complaint adds Fair Credit Reporting Act (FCRA) violations.

1. On March 11th, 2014 the Plaintiff filed the original complaint naming Credit Bureau Associates of Georgia and Merchants and Medical Adjustment Bureau as Defendants for violations the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227 and the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692.
2. On June 17th, 2014 the Defendant filed a Motion for Judgment on the Pleadings.
3. On July 1st, 2014 the Plaintiff filed a Motion to Deny Defendant's Motion for Judgment on the Pleadings and requested leave to amend her Complaint.
4. Plaintiff intends to add FCRA violations to her First Amended Complaint.

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court grant leave to allow Plaintiff to file her First Amended Complaint.

Respectfully submitted this 6th of August, 2014

*Erien Frazier* (signature)

Erien Frazier, *Pro Se*