IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Erien L. Frazier, | Case No: 1:14-CV-0708-ELH |
| Plaintiff, | Civil Complaint |
| vs. | |
| Credit Bureau Associates of Georgia and Merchants & Medical Adjustment Bureau, | JURY TRIAL DEMANDED |
| Defendants | |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Erien Frazier requests permission to amend the original complaint, which was filed on March 11th, 2014. The amended complaint adds Fair Credit Reporting Act (FCRA) violations.

1. On March 11th, 2014 the Plaintiff filed the original complaint naming Credit Bureau Associates of Georgia and Merchants and Medical Adjustment Bureau as Defendants for violations the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227 and the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692.
2. On June 17th, 2014 the Defendant filed a Motion for Judgment on the Pleadings.
3. On July 1st, 2014 the Plaintiff filed a Motion to Deny Defendant's Motion for Judgment on the Pleadings and requested leave to amend her Complaint.
4. Plaintiff intends to add FCRA violations to her First Amended Complaint.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court grant leave to allow Plaintiff to file her First Amended Complaint.

Respectfully submitted this 6th of August, 2014

Erien Frazier, *Pro Se*