IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIEN L. FRAZIER )<br>)<br>    Plaintiff )<br>vs. )<br>)<br>CREDIT BUREAU ASSOCIATES OF )<br>GEORGIA AND MERCHANTS & )<br>MEDICAL ADJUSTMENT BUEAU, )<br>)<br>    Defendants. )<br>_____) | Civil Action File No. 1:14-cv-00708-ELH |

**NOTICE OF SETTLEMENT**

PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled this civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement is completed, which they anticipate will take approximately thirty (30) days. In the interim, Defendant with Plaintiff's consent, hereby respectfully requests that this Court enter an Order pursuant to Local Rule 111.

THE LAW OFFICES OF RONALD S. CANTER, LLC

Erien Frazier
P.O. Box 25
Hagerstown, Maryland 21740
*Pro se Plaintiff*

Bradley T. Canter, Esquire
Bar No. 18995
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: bcanter@roncanterllc.com
*Attorney for Defendant*

1